| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | [ ] FEPA | |
| Florida Commission on Human Relations and EEOC<br>State or local Agency, if any | [x] EEOC | |

NAME (Indicate Mr. Ms. Mrs.) **Augusta Moody**

HOME TELEPHONE (Include Area Code)
**(863) 934-2408**

STREET ADDRESS **6858 Brompton Dr.**

CITY STATE AND ZIP CODE **Lakeland, FL 33809**

DATE OF BIRTH **May 9, 1987**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

NAME **McDonald's USA, LLC; McDonald's Corporation (See Particulars)**
NUMBER OF EMPLOYEES, MEMBERS **+15**
TELEPHONE (Include Area Code): **(630) 623-3000**

STREET ADDRESS **110 N. Carpenter St.**
CITY STATE AND ZIP CODE **Chicago, IL 60607**
COUNTY **Cook**

NAME **McDonald's Restaurants of Florida, Inc.**
NUMBER OF EMPLOYEES, MEMBERS **+15**
TELEPHONE (Include Area Code) **(863) 816-8726**

STREET ADDRESS **5525 Walt Loop Rd.**
CITY STATE AND ZIP CODE **Lakeland, FL 33809**
COUNTY **Polk**

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
**March 2020**

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

## Overview

1. McDonald's Corp., McDonald's USA, LLC, and McDonald's of Florida subjected me and other Black employees working at the McDonald's corporate owned restaurant located at 5525 Walt Loop Road in Lakeland, Florida, to a racially hostile work environment and discriminated against me and other Black employees because of our race, and then retaliated against me and other Black employees because we complained about the race discrimination and hostile work environment. These actions violate Title VII of the Civil Rights Act of 1964 and Section 760.10, Florida Statutes.

(Continued on next page)

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 7/11  Charging Party [signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

/x/ [signature]
SIGNATURE OF COMPLAINANT    DATE

EEOC Form 5 modified

## Particulars of Case (Continued from Previous Page)

### Additional Respondents

McDonald's Corporation
110 N. Carpenter St.
Chicago, IL 60607
(630) 623-3000
Number of Employees: Over 200,000

McDonald's USA, LLC
110 N. Carpenter St.
Chicago, IL 60607
Number of Employees: Over 300,000

McDonald's of Florida
5525 Walt Loop Rd.
Lakeland, FL 33809
Number of Employees: Over 5000

### Background

2. My name is Augusta Moody. I am a Black man. I began working at the McDonald's located at 5525 Walt Loop Rd., Lakeland, Florida approximately one year ago as a crew member. I am a current employee.

3. At all relevant times, McDonald's maintained a racially hostile work environment and engaged in race discrimination that was reported to and condoned by managers in the corporate hierarchy, including the Regional Manager and Human Resources Representative. Despite repeated notice of this unlawful conduct, McDonald's did nothing to address the situation.

### McDonald's Subjected Me and Other Black Workers to a Hostile Work Environment and Discriminated Against Me and Other Black Workers on the Basis of My Race

4. In March 2020, the General Manager made racist comments about Black people to other Black coworkers. I found these comments disparaging and hurtful.

5. The General Manager continually mistreats and harasses Black customers, and once even called the police on a Black customer who was concerned about food safety. I find this treatment of Black customers to be disparaging and hurtful.

/// (Continued on next page)

I declare under penalty of perjury that the foregoing is true and correct.

_____        Date: 7/14/2020

Charging Party

2

6. The General Manager administers the system governing time off for employees in a racially discriminatory way. She has denied Black employees requests for time off and instead granted them to other, non-Black employees who made the request well after the Black employee did.

7. The General Manager has also required Black employees to perform less-desirable tasks in the store such as sweeping and mopping. Non-Black employees are asked to do this work less frequently.

### McDonald's Subjected Me to Retaliation and Further Disparate Treatment

8. I complained to the HR Representative and Regional Manager about the racial discrimination from my General Manager. In June 2020, I signed a petition to the General Manager demanding fair and equal treatment in the workplace. Since raising concerns with the HR Representative and Regional Manager and submitting the petition, I have been subject to retaliation from the General Manager.

9. My hours at work have been cut significantly since registering my complaints about racial discrimination. I used to work approximately 37-39 hours per week. Recently, my hours have been closer to approximately 22 hours per week.

10. I have been subjected to frivolous and differential discipline, including being given a three-day suspension that was later overturned, being scheduled to work outside of my availability and then being punished for being late, and being written up for insubordination for being unable to hear my General Manager over the noise in the restaurant.

11. Until recently I was told by the Human Resources Representative that my performance was exemplary and I was on track for a promotion. However, after submitting the petition, I was given an extremely poor performance review that did not reflect my true good performance, and the promotion was given to other, non-Black employees.

### Charge

12. I charge McDonald's with violating my rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et. seq. ("Title VII"), and Section 760.10, Florida Statutes.

13. As a direct result of the hostile environment, disparate treatment, and retaliation described above I have suffered damages including, but not limited to humiliation, embarrassment, emotional distress, and lost wages and income.

/// (Continued on next page)

I declare under penalty of perjury that the foregoing is true and correct.

_____  Date: 7/16/2020

Charging Party

3

14. Additionally, McDonald's was and is engaged in a pattern of discriminating against Black employees, including by maintaining a hostile work environment at its stores, discriminating against Black employees in the terms and conditions of employment, and retaliating against those who complain. This discrimination charge is filed on behalf of myself, and all others similarly situated. The charge is intended to be as broad as possible and exhaust the class administrative process for all class claims relating to Black employees at McDonald's for disparate treatment claims with respect to a hostile work environment, racial discrimination, retaliation, and other terms and conditions of employment that are subject to Title VII and Section 760.10, Florida Statutes.

15. I declare under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief. This charge is not intended to be exhaustive but it is representative of the treatment to which McDonald's has subjected me.

_____  Date: 7/16/2020

Charging Party