| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br>Florida Commission on Human Relations and EEOC<br>State or local Agency, if any | [ ] FEPA<br>[x] EEOC | |

| NAME (Indicate Mr. Ms., Mrs.) Faith Booker | HOME TELEPHONE (Include Area Code)<br>(863) 529-4990 |
|---|---|
| STREET ADDRESS<br>1110 Neville Ave | CITY. STATE AND ZIP CODE Lakeland, FL 33805 | DATE OF BIRTH<br>February 2, 1988 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME<br>McDonald's USA, LLC; McDonald's Corporation (See Particulars) | NUMBER OF EMPLOYEES, MEMBERS<br>+15 | TELEPHONE (Include Area Code):<br>(630) 623-3000 |
|---|---|---|
| STREET ADDRESS<br>110 N. Carpenter St. | CITY. STATE AND ZIP CODE<br>Chicago, IL 60607 | COUNTY<br>Cook |
| NAME<br>McDonald's Restaurants of Florida, Inc. | NUMBER OF EMPLOYEES, MEMBERS:<br>+15 | TELEPHONE (Include Area Code)<br>(863) 816-8726 |
| STREET ADDRESS<br>5525 Walt Loop Rd. | CITY. STATE AND ZIP CODE<br>Lakeland, FL 33809 | COUNTY<br>Polk |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEAJEPA)    LATEST (ALL) |
|---|---|
| [X] RACE    [ ] COLOR    [ ] SEX    [ ] RELIGION    [ ] NATIONAL ORIGIN | March 2020 |
| [X] RETALIATION    [ ] AGE    [ ] DISABILITY    [ ] OTHER Pregnancy Act | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed. al/ach extra sheet(s)

## Overview

1. McDonald's Corp., McDonald's USA, LLC, and McDonald's of Florida subjected me and other Black employees working at the McDonald's corporate owned restaurant located at 5525 Walt Loop Road in Lakeland, Florida, to a racially hostile work environment and discriminated against me and other Black employees because of our race, and then retaliated against me and other Black employees because we complained about the race discrimination and hostile work environment. These actions violate Title VII of the Civil Rights Act of 1964 and Section 760.10, Florida Statutes.

(Continued on next page)

| [x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date: 7-17-20 Charging Party /s/ Faith Booker | /x/ Faith Booker    7-17-20<br>SIGNATURE OF COMPLAINANT    DATE |

EEOC Form 5 modified

## Particulars of Case (Continued from Previous Page)

### Additional Respondents

McDonald's Corporation
110 N. Carpenter St.
Chicago, IL 60607
(630) 623-3000
Number of Employees: Over 200,000

McDonald's USA, LLC
110 N. Carpenter St.
Chicago, IL 60607
Number of Employees: Over 300,000

McDonald's of Florida
5525 Walt Loop Rd.
Lakeland, FL 33809
Number of Employees: Over 5000

### Background

2. My name is Faith Booker. I am a Black woman. I began working at the McDonald's located at 5525 Walt Loop Rd., Lakeland, Florida in October 2018. I am a current employee.

3. At all relevant times, McDonald's maintained a racially hostile work environment and engaged in race discrimination that was reported to and condoned by managers in the corporate hierarchy, including the Regional Manager and Human Resources Representative. Despite repeated notice of this unlawful conduct, McDonald's did nothing to address the situation.

### McDonald's Subjected Me and Other Black Workers to a Hostile Work Environment and Discriminated Against Me and Other Black Workers on the Basis of My Race

4. In March 2020, the General Manager made racist comments about Black people to other Black coworkers. I found these comments disparaging and hurtful.

/// (Continued on next page)

I declare under penalty of perjury that the foregoing is true and correct.

_Faith Booker_    Date: 7-17-20

2

Charging Party

5. The General Manager continually mistreats and harasses Black customers, and once even called the police on a Black customer who was concerned about food safety. I find this treatment of Black customers to be disparaging and hurtful.

6. The General Manager administers the system governing time off for employees in a racially discriminatory way. She has denied me requests for time off, but will grant similar requests to other, non-Black employees.

7. The General Manager has also required Black employees to perform less-desirable tasks in the store such as sweeping and mopping. Non-Black employees are asked to do this work less frequently.

## McDonald's Subjected Me to Retaliation

8. In June 2020, I signed a petition to the General Manager demanding fair and equal treatment in the workplace. Since that petition was submitted, I have been subject to retaliation from the General Manager.

9. My hours at work have been cut since the presentation of the petition. Prior to June 2020, I worked five days per week; I now work two days per week.

10. I have been harassed at work since the presentation of the petition, including by being yelled at by the General Manager for talking in the parking lot and being threatened with termination.

## Charge

11. I charge McDonald's with violating my rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et. seq. ("Title VII"), and Section 760.10, Florida Statutes.

12. As a direct result of the hostile environment, disparate treatment, and retaliation described above I have suffered damages including, but not limited to humiliation, embarrassment, emotional distress, and lost wages and income.

/// (Continued on next page)

I declare under penalty of perjury that the foregoing is true and correct.

_Jaith Booker_  Date: 7-17-20

Charging Party

3

13. Additionally, McDonald's was and is engaged in a pattern of discriminating against Black employees, including by maintaining a hostile work environment at its stores, discriminating against Black employees in the terms and conditions of employment, and retaliating against those who complain. This discrimination charge is filed on behalf of myself, and all others similarly situated. The charge is intended to be as broad as possible and exhaust the class administrative process for all class claims relating to Black employees at McDonald's for disparate treatment claims with respect to a hostile work environment, racial discrimination, retaliation, and other terms and conditions of employment that are subject to Title VII and Section 760.10, Florida Statutes.

14. I declare under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief. This charge is not intended to be exhaustive but it is representative of the treatment to which McDonald's has subjected me.

*[Signature: Jawth Booker]*    Date: 7-17-20

Charging Party