UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-CV-01638-VMC-CPT

MONICA SCOTT; AUGUSTA MOODY; and FAITH BOOKER,

    Plaintiffs,

v.

MCDONALD'S CORPORATION; MCDONALD'S USA, LLC; and MCDONALD'S RESTAURANTS OF FLORIDA, INC.,

    Defendants.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiffs and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action is dismissed with prejudice. Each party shall bear her/his/its own costs, attorneys' fees and expenses, except as provided in the settlement agreement.

Date: June 22, 2021

    [SIGNATURES FOLLOW ON NEXT PAGE]

Respectfully submitted,

Dated: June 22, 2021

s/ Eve H. Cervantez
Peter Helwig
Florida Bar No. 0588113
Harris & Helwig, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Phone: 863-648-2958
Facsimile: 863-619-8901
pfhelwig@tampabay.rr.com

Eve H. Cervantez, Trial Counsel*
Amanda C. Lynch*
Altshuler Berzon LLP
177 Post St., Suite 300
San Francisco, CA 94108
Phone: 415-421-7151
Facsimile: 415-362-8064
ecervantez@altshulerberzon.com
alynch@altshulerberzon.com

Mary Joyce Carlson*
1130 Connecticut Ave. NW, Suite 950
Washington, DC 20036
Phone: 202-340-5756
mj@maryjoycecarlson.com

*Pro hac vice

*Counsel for Plaintiffs*

Dated: June 22, 2021

s/ Jurate Schwartz
Jurate Schwartz, Esq.
Florida Bar No. 0712094
Tulio D. Chirinos
Florida Bar No. 1022468
PROSKAUER ROSE LLP
2255 Glades Road, 421 Atrium
Boca Raton, FL  33431
Telephone: (561) 241-7400
Facsimile:  (561) 241-7145
jschwartz@proskauer.com
tchirinos@proskauer.com
florida.labor@proskauer.com

Nigel F. Telman*
Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Tel: (312) 962-3550
Fax: (312) 962-3551
ntelman@proskauer.com

*Attorneys for Defendants*